UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES EARL ROBINSON,                              )
          Petitioner,                      )
                                 )          No. 1:25-cv-410
v.                                                )
                                 )          Honorable Paul L. Maloney
UNITED STATES OF AMERICA,                         )
          Respondent.                      )
                                 )

## JUDGMENT

In accordance with the order entered on this date, and pursuant to Fed. R. Civ. P. 58,

**JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED**.

**IT IS SO ORDERED.**

Date:  June 12, 2026                          /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge